### 5329.   Booze *v.* The State.

Pottle, J. The evidence fully authorized the verdict, and in the light of the evidence and of the charge of the court as set out in the answer of the trial judge, none of the assignments of error in the petition for certiorari are meritorious.          *Judgment affirmed.*

Decided January 20, 1914.

Certiorari; from Fulton superior court—Judge Bell. September 22, 1913.

*Thomas E. Scott,* for plaintiff in error.

*Hugh M. Dorsey,* solicitor-general, *Lowry Arnold,* solicitor, contra.